IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BEAVER COUNTY RETIREMENT BOARD Individually and on Behalf of All Others Similarly Situated, et. al., : Plaintiff(s), vs. LCA-VISION, et. al., Defendant(s). | Case Number: 1:07cv750 1:07cv816 1:07cv941 District Judge Susan J. Dlott |

ORDER

A Motion to Consolidate, Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Lead and Liaison Counsel was filed on November 13, 2007 (Doc. 3). At this time, the Court GRANTS Plaintiff's Motion to Consolidate. A hearing date will be set on the remaining motions when Defendants' counsel file their Notice of Appearance.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge